JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MINH DO,<br><br>Petitioner,<br><br>v.<br><br>DHS,<br><br>Respondent. | Case No. 5:26-cv-03425-AH-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: AUGUST 17, 2026 ___

ANNE HWANG
United States District Judge